**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1428**

———————

In Re: MICHAEL H. DITTON,

Debtor.

———————

MICHAEL H. DITTON,

Plaintiff - Appellant,

versus

CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE
SERVICES, INCORPORATED; BANK OF AMERICA NT&SA;
FEDERAL HOME LOAN MORTGAGE CORPORATION;
CRESTAR BANK,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-99-1745-A, BK-98-10301, AP-99-1002)

———————

Submitted: February 6, 2001      Decided: February 16, 2001

———————

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Henry Ditton, Appellant Pro Se. Donald Francis Lynch, III, James A. Murphy, Jr., Harris Lee Kay, LECLAIR RYAN, P.C., Richmond, Virginia; Cindra Myers Dowd, GLASSER & GLASSER, Norfolk, Virginia; C. Thomas Brown, SILVER & BROWN, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael H. Ditton appeals from the district court's order affirming the bankruptcy court's orders granting summary judgment in favor of the Defendants in this adversary proceeding. We have reviewed the record and the opinions below and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ditton v. Bank of America, Nos. CA-99-1745-A; BK-98-10301 (E.D. Va. Feb. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2